IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Diane B. Alexander, | ) | C.A. No. 3:14-cv-00373-JFA-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| | ) | |
| Kershaw County Probate Court, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties agree that Plaintiff's claims against Defendant must be dismissed for the reasons stated in Defendant's Memorandum in Support of Motion to Dismiss (ECF No. 5-1), namely: Defendant is an arm of the State of South Carolina and the Supreme Court's decisions in *Kimel v. Fla. Bd. of Regents*, 528 U.S. 62 (2000); *Bd. of Trustees of Univ. of Ala. v. Garrett*, 531 U.S. 356 (2001); and *Coleman v. Court of Appeals of Md.*, ___ U.S. ___, 132 S. Ct. 1327 (2012), bar the assertion of the claims alleged against an arm of the state. Accordingly, with the consent of the parties, Defendant's Motion to Dismiss (ECF No. 5) is granted, and this action is dismissed without prejudice.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 17, 2014                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge