AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Diane B. Alexander, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:14-cv-00373-JFA-PJG |
| Kershaw County Probate Court, | ) | |
| *Defendants* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Diane B. Alexander, shall take nothing of the defendant; Kershaw County Probate Court; as to the complaint filed pursuant to 29 U.S.C. 2601 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, granting defendant's motion to dismiss.

Date:   March 17, 2014                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                  s/Ashley Buckingham
                                                                          *Signature of Clerk or Deputy Clerk*